**MICHAEL J. ENGLE, ESQUIRE**
ID NO.  85576
123 SOUTH BROAD STREET, SUITE 1812
PHILADELPHIA, PA 19109
(215) 985-4275

_____        **ATTORNEY FOR DEFENDANT**
                                          **KIM ANH NGUYEN**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | **CRIMINAL NO. 08-522** |
| : | |
| **KIM ANH NGUYEN** : | |

**O R D E R**

**AND NOW,** to wit this     day of          , 2010, upon consideration of the Defendant's Motion to Modify Sentencing Condition, and after response by the Government, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion is GRANTED and the Defendant shall have an additional six months to pay the balance of the fine imposed at the time of sentencing.

                                    BY THE COURT:


                                    _____
                                    HONORABLE TIMOTHY J. SAVAGE
                                    United States District Court Judge

**MICHAEL J. ENGLE, ESQUIRE**
ID NO. 85576
123 SOUTH BROAD STREET, SUITE 1812
PHILADELPHIA, PA 19109
(215) 985-4275

_____              **ATTORNEY FOR DEFENDANT**
                                          **KIM ANH NGUYEN**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **CRIMINAL NO. 08-522** |
| | : | |
| **KIM ANH NGUYEN** | : | |

**DEFENDANT'S MOTION TO MODIFY SENTENCING CONDITION**

**TO THE HONORABLE, THE JUDGE OF SAID COURT:**

Defendant, KIM ANH NGUYEN, by and through her counsel, MICHAEL J. ENGLE, ESQUIRE hereby moves this Honorable Court to GRANT the Defendant's Motion to Modify Sentencing Condition, and asserts the following reasons therefore:

1. The above-referenced matter was resolved via sentencing before the Honorable Timothy J. Savage on September 15, 2010.

2. The Defendant was sentenced to a period of two years of probation as well as a fine of $20,000.00.

3. This Honorable Court indicated at the time of sentencing that the Defendant's fine was to be paid in full within 90 days.

4. The Defendant has been working diligently to effectuate refinancing of several properties in order to obtain the lump sum amount necessary to satisfy her fine.

5. The Defendant has engaged in these financial transactions with the knowledge and consent of her Probation Officer.

6. The Defendant has paid $2,000.00 toward the fine, she will continue to make periodic installment payments, and she expects to have the financing necessary to pay the balance of said fine early in the new year of 2011.

7. The Defendant respectfully requests an extension of six months to pay the balance of her fine.

WHEREFORE, the Defendant, KIM ANH NGUYEN, respectfully requests that this Honorable Court grant the Motion to Modify Sentencing Condition.

                                    RESPECTFULLY SUBMITTED:

                                    SIGNATURE CODE: MJE5849
                                    MICHAEL J. ENGLE, ESQUIRE
                                    ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, MICHAEL J. ENGLE, ESQUIRE, HEREBY CERTIFY THAT I HAVE FORWARDED ELECTRONICALLY AND BY REGULAR U.S. MAIL, A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO THE FOLLOWING PERSONS:

| | |
|---|---|
| HONORABLE TIMOTHY J. SAVAGE<br>ROOM 9614<br>U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | JENNIFER WILLIAMS, AUSA<br>615 CHESTNUT STREET<br>SUITE 1250<br>PHILADELPHIA, PA  19106 |

_____SIGNATURE CODE: MJE5849
MICHAEL J. ENGLE, ESQUIRE
ATTORNEY FOR DEFENDANT

DATED: NOVEMBER 24, 2010